**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Calvin Leslie,

               Plaintiff,

     v.

Las Vegas Metro Police Department, et al.,

               Defendants.

Case No. 2:25-cv-01702-MMD-BNW

**ORDER**

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis* ("IFP"). ECF No. 1. Federal law provides that the Court may authorize a civil litigant to commence a suit *in forma pauperis*, without prepayment of fees. 28 U.S.C. § 1915(a)(1). LSR 1-1 requires that the application be made on the form required by the court and that it include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities. In addition, for incarcerated plaintiffs, LSR 1-2 requires plaintiffs to

> simultaneously submit a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application. If the applicant has been at the institution for fewer than six months, the certificate must show the account's activity for this shortened period.

Here, Plaintiff failed to submit his application on the form required by the court. And the form submitted is missing page 2 of 4 and 4 of 4. Thus, the Court does not have all of the needed information to assess his application.

**IT IS THEREFORE ORDERED** that Plaintiff's IFP application is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff a copy of "IFP Application to Proceed in Forma Pauperis for NDOC inmates."

/ /

/ /

/ /

**IT IS FURTHER ORDERED** that the new IFP application will be due no later than April 24, 2026. Failure to submit this application by that deadline may result in the dismissal of the case.

DATED: March 24, 2026.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE